UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| DAWN MICHELE JACKSON,<br><br>  Plaintiff,<br>  v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant. | No. 2:13-cv-3071-JTR<br><br>JUDGMENT |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED.** Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED:  April 11, 2014

                    SEAN McAVOY
                    District Court Executive/Clerk

                    s/ L. Stejskal
                    Deputy Clerk